# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1377
LT Case No. 2021-CF-000409-A
2022-CF-001330-A

_____

STACEY EDWARDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Stacey Edwards, Trenton, pro se.

No Appearance for Appellee.

November 25, 2025

PER CURIAM.

AFFIRMED.

BOATWRIGHT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____